MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Plaintiff,
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>GEORGE DEAN; DOES 1-50,<br><br>            Defendants | Case No. 1d:14-CV-01892-LJO<br><br>**ORDER ON MOTION BY PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY TO DEPOSIT LIFE INSURANCE MONEY IN INTERPLEADER; REQUEST THE COURT DEPOSIT FUNDS IN INTEREST-BEARING ACCOUNT** |

On November 26, 2014, plaintiff American General Life Insurance Company ("American General") filed a complaint in interpleader. On December 1, 2014, American General also filed a Motion to deposit life insurance money in interpleader. The sum to be deposited with this Court is **$200,000, plus accrued interest**. This sum represents the life insurance benefit payable under American General life insurance Policy YME0721292 following the death of Jonathan Dean. American General cannot determine to whom the life insurance benefit is payable due to the arrest of the primary beneficiary in connection with the murder of Jonathan Dean.

Good cause appearing, the Court hereby **ORDERS** as follows:

---

ORDER ON MOTION TO DEPOSIT

1299137V.1

(1) American General is authorized to deposit the sum of **$200,000, plus accrued interest**, with the United States District Court, Eastern District, no later than thirty days from the date of this order.

(2) The Clerk of this Court shall deposit the sum of **$200,000, plus accrued interest,** into an interest-bearing account until such time as the Court makes its order directing disbursement and distribution of these funds.

IT IS SO ORDERED.

Dated:  **December 1, 2014**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE