MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Plaintiff,
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>GEORGE DEAN; DOES 1-50,<br><br>                Defendants | Case No. 1:14-CV-01892-LJO<br><br>**ORDER ON PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S REQUEST FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST DEFENDANT GEORGE DEAN and DOES 1 - 50**<br><br>**FRCP Rule 41(a)(1)(A)** |

The Court having considered Plaintiff American General Life Insurance Company's request, finds that good cause appears for its request because:

(1)     Defendant Dean has not answered the Complaint;

(2)     No person or entity has been substituted for DOES 1 – 50;

(3)     Defendant George Dean disclaimed any and all interest in the life insurance benefit from PolicyYME0721292 in December 2014;

(4)     American General located the contingent beneficiary, Jessica Dean, with the help of George Dean's defense attorney;

(5) American General paid the life insurance benefit from policy number YME0721292 to the contingent beneficiary Jessica Dean on December 24, 2014;

(6) No other life insurance benefits are at issue for Policy YME0721292, and;

(7) American General agrees to dismiss its lawsuit with prejudice, each side to bear its own costs and fees.

**NOW, THEREFORE**, the above captioned action and all related claims and/or cross-actions, are hereby dismissed with prejudice, each side to bear its own costs and fees. The Clerk of Court is directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: January 13, 2015**

                                          **/s/ Lawrence J. O'Neill**
                                          **United States District Judge**

ORDER ON PLAINTIFF AMERICAN GENERAL'S REQUEST FOR VOLUNTARY DISMISSAL OF ITS COMPLAINT WITH PREJUDICE FILED AGAINST GEORGE DEAN AND DOES 1 – 50
CASE NO.:  1:14-CV-01892-LJO 2

1315861v.1